## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| HEATHER L. SANFORD, | } | |
| Plaintiff, | } | Civil Action No. |
| | } | |
| vs. | } | 1:20-CV-00712-AT-LTW |
| | } | |
| RUBIN LUBLIN, LLC, | } | |
| Defendant, | } | |
| | } | |

---

**PLAINTIFF'S PROPOSED AMENDMENT TO AMENDED COMPLAINT**

---

COMES NOW the Plaintiff through undersigned counsel in the above-styled action and pursuant to FRCP 15, adds the following sub-numbered paragraphs, e.g., 9.1, and replaces the prior version of her lettered paragraphs, e.g., 106b (replaces 106), to her Amended Complaint [Doc. 13], showing the Court as follows:

9.1. (to be inserted between paragraphs 9 and 10)

Sanford has been diagnosed with Post Traumatic Stress Disorder ("PTSD").

9.2.

Sanford's documentable history with PTSD goes back six (6) years.

9.3.

Sanford has been diagnosed by two (2) physicians.

1

9.4.

Sanford takes medication presently and did at all relevant times of her employment.

9.5.

Sanford also has a Borderline Personality Disorder ("BPD") Diagnosis, which is also longstanding, having been made three (3) years ago and not having resolved.

9.6.

PTSD and BPD are significant conditions that affect Sanford in her daily life.

9.7.

PTSD causes symptoms such as strong anxiety.  The theory behind the disorder is that a trauma causes recurrence of strong feeling.  Thus, appropriate accommodations can include simple allowance of a moment to re-center or the like when anxiousness, sadness, fear, or like experiences recur.

9.8.

BPD "impacts the way you think and feel about yourself and others, causing problems functioning in everyday life.  It includes self-image issues, [and]

difficulty managing emotions and behavior."[1]  Accommodations can be exceedingly simple, like not holding it against a person if their eye contact or interpersonal expression is not perfect.

106b.

Sanford's requests for accommodation allowing her to have Rubin Lublin be understanding of her disability constituted her engagement in protected activity. 42 U.S.C. § 12203(a).  This protected activity was a determinative and motivating factor in Rubin Lublin's **termination of Sanford**.[2]

107b.

By its actions set forth above, Rubin Lublin intentionally retaliated against Sanford, who had requested a reasonable accommodation.  As a direct result of Sanford's request, Rubin Lublin **terminated Sanford**.[3]  Sanford has suffered and continues to suffer damages from that termination.  42 U.S.C. § 12203(a).

---

[1] Language from mayoclinic.org.
[2] Prior language "decision to force Sanford to resign" was incorrect form language not properly adapted.
[3] Prior language "forced Sanford to resign" was incorrect form language not properly adapted.

Respectfully submitted this 29th day of June, 2020.

Counsel for Plaintiff
*/S/ Drew Mosley*
Drew Mosley, Esq.
GA Bar No. 526406
Drew Mosley, LLC
279 W. Crogan St.
Lawrenceville, Georgia 30046
678-225-0098
678-221-0230 fax
drew@mlawmail.com

## **LOCAL RULE CERTIFICATION**

The Undersigned counsel attests that this document was prepared in Times New Roman, 14-point font that complies with this Court's Rules.

Respectfully submitted this 29th day of June, 2020.

Counsel for Plaintiff
*/S/ Drew Mosley*
Drew Mosley, Esq.
GA Bar No. 526406
Drew Mosley, LLC
279 W. Crogan St.
Lawrenceville, Georgia 30046
678-225-0098
678-221-0230 fax
drew@mlawmail.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 29th day of June, 2020, I electronically filed the foregoing with the Clerk of Court, to be served by operation of the Court's electronic filing system upon the following:

>       Sean Keenan
>       Sunshine R. Nasworthy
>       Cruser, Mitchell, Novitz,
>       Sanchez, Gaston & Zimet, LLP
>       Meridian II, Suite 2000
>       Norcross, GA 30092
>       skeenan@cmlawfirm.com
>       snasworthy@cmlawfirm.com

This 29th day of June, 2020.

>       /S/ Drew Mosley
>       Drew Mosley, Esq.
>       Drew Mosley, LLC
>       279 W. Crogan St.
>       Lawrenceville, Georgia 30046
>       (678) 225-0098
>       (678) 221-0230 fax
>       drew@mlawmail.com